UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE GROUP,<br><br>Plaintiff,<br>v.<br><br>PANELIZED STRUCTURES, INC., ET AL.,<br><br>Defendants. | Case No. 2:10-cv-01951-MMD-PAL<br><br>ORDER<br><br>(Defendant Arizona Labor Force, Inc.'s Motion for Summary Judgment Dismissal of Plaintiff's Amended Complaint in Case No. 2:12-cv-00264-MMD-PAL – dkt. no. 128) |
| PANELIZED STRUCTURES, INC.,<br><br>Counterclaimant,<br>v.<br><br>LIBERTY MUTUAL INSURANCE GROUP, LM INSURANCE CORPORATION, and LIBERTY MUTUAL INSURANCE GROUP/BOSTON,<br><br>Counterdefendants. | |
| PANELIZED STRUCTURES, INC.,<br><br>Third-Party Plaintiff,<br>v.<br><br>ARIZONA LABOR FORCE, INC., an Arizona corporation, dba ALLIED FORCES TEMPORARY SERVICES,<br><br>Third-Party Defendant. | CONSOLIDATED WITH:<br><br>Case No. 2:12-cv-00264-MMD-PAL |

Before the Court is Defendant Arizona Labor Force, Inc's Motion for Summary Judgment Dismissal of Plaintiff's Amended Complaint in Case No. 2:12-cv-0264-MMD-PAL. (Dkt. no. 128.) Subsequent to the filing of this motion, Panelized Structures, Inc.

("Panelized") and Arizona Labor Force Inc. ("ALFI") stipulated "that Panelized's claims which were or could have been brought against ALFI in both of these consolidated matters shall be and the same are hereby dismissed with prejudice." (Dkt. no. 149; *Panelized Structures, Inc. v. Liberty Mutual Ins. Group et al.*, No. 2:12-cv-00264-MMD-PAL, dkt. no. 36.)  These stipulations were accepted by the Court on August 14, 2012, and January 24, 2013, respectively. (Dkt. no. 150; *Panelized Structures, Inc. v. Liberty Mutual Ins. Group et al.*, No. 2:12-cv-00264-MMD-PAL, dkt. no. 40.) Consequently, the Motion for Summary Judgment Dismissal of Plaintiff's Amended Complaint Case No. 2:12-cv-0264-MMD-PAL is denied as moot.

IT IS SO ORDERED.

DATED THIS 12th day of March 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE