UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE GROUP,<br><br>                Plaintiff,<br>v.<br><br>PANELIZED STRUCTURES, INC., ET AL.,<br><br>                Defendants. | Case No. 2:10-cv-01951-MMD-PAL<br><br>ORDER |

PANELIZED STRUCTURES, INC.,

                Counterclaimant,
v.

LIBERTY MUTUAL INSURANCE GROUP, LM INSURANCE CORPORATION, and LIBERTY MUTUAL INSURANCE GROUP/BOSTON,

                Counterdefendants.

PANELIZED STRUCTURES, INC.,

                Third-Party Plaintiff,
v.

ARIZONA LABOR FORCE, INC., an Arizona corporation, dba ALLIED FORCES TEMPORARY SERVICES,

                Third-Party Defendant.

Before the Court are Plaintiff LM Insurance Corporation's Response to Order [Dkt. No. 189) and Motion to Reconsider (dkt. no. 191) ("Response to Order"), and Defendant Panelized Structures, Inc.'s Motion for Partial Summary Judgment (dkt. no. 181) and

Motion for Leave to File Dispositive Motion After Expiration of Time Period in Scheduling Order (dkt. no. 190).

On March 25, 2013, the Court entered an Order (dkt. no. 189) denying Plaintiff's Motion for Summary Judgment (dkt. no. 129) finding that, given the undisputed facts, Plaintiff was not entitled to judgment as a matter of law. Under Fed. R. Civ. P. 56(f), the Court expressed its intention to enter summary judgment for Defendant Panelized Structures, Inc. and provided the parties an opportunity to respond. Plaintiff then filed its Response to Order urging the Court not to grant summary judgment for Defendant and further explaining the arguments presented in its original motion. Defendant responded by filing a motion seeking leave to file a separate Motion for Summary Judgment.

As Plaintiff presented no new facts or arguments in its Response to Order, the Court DENIES Plaintiff's request for reconsideration. Further, under Fed. R. Civ. P 56(f) and for the reasons articulated in its prior Order, the Court grants summary judgment on Plaintiff's claims in favor of Defendant Panelized Structures, Inc. As this Order renders Defendant's other pending Motions (dkt. nos. 181 and 190) moot, those Motions are also DENIED.

The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DATED THIS 19th day of April 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE