UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE GROUP,<br><br>Plaintiff,<br>v.<br><br>PANELIZED STRUCTURES, INC., ET AL.,<br><br>Defendants. | Case No. 2:10-cv-01951-MMD-PAL<br><br>ORDER<br><br>(Def.'s Motion to Amend/Correct Clerk's Judgment – dkt. no. 202) |
| PANELIZED STRUCTURES, INC.,<br><br>Counterclaimant,<br>v.<br><br>LIBERTY MUTUAL INSURANCE GROUP, LM INSURANCE CORPORATION, and LIBERTY MUTUAL INSURANCE GROUP/BOSTON,<br><br>Counterdefendants. | |
| PANELIZED STRUCTURES, INC.,<br><br>Third-Party Plaintiff,<br>v.<br><br>ARIZONA LABOR FORCE, INC., an Arizona corporation, dba ALLIED FORCES TEMPORARY SERVICES,<br><br>Third-Party Defendant. | |

Before the Court is Defendant Panelized Structures, Inc.'s ("Defendant") Motion to Amend/Correct Clerk's Judgment. (Dkt. no. 202.) Although the title of Defendant's Motion suggests that Defendant seeks the correction of an inaccuracy within the Clerk's

Judgment, Defendant actually moves the Court to reconsider its prior Order (dkt. no. 89), in which the Court dismissed Defendant's counterclaims.  Defendant has previously filed a Motion for Reconsideration relating to this Order (dkt. no. 90), which the Court denied (dkt. no. 112).  Defendant also filed a separate lawsuit advancing the same theories presented in that Motion for Reconsideration and in the instant Motion. (*Panelized Structures, Inc. v. Liberty Mutual Ins. Group et al.*, No. 2:12-cv-00264-MMD-PAL, Dkt. No. 1.)  That suit was dismissed by the Court's Order entered March 15, 2013. (*Id.* at dkt. no. 41.)

This third attempt to convince the Court to rescind its prior Order is inappropriate and a waste of judicial resources. The Defendant's Motion is denied.

IT IS SO ORDERED.

DATED THIS 19th day of June 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE